Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JACOB GOODMAN v. JACOB GOODMAN HOLDING CORPORATION and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SOROSIS BUILDING CORPORATION v. PROLAY REALTY CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS & HERRMAN, INC., v. HYMAN MEYERSOHN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, v. NATIONAL DRY DOCK & REPAIR CO., INC.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NORA GIBBONS v. ARTHUR G. McDERMOTT and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of JOHN O. NELSON against WILLIAM SCHROEDER, JR., and Another, Commissioners, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

EDWARD PROPERTIES, INC., v. 168 EAST 51ST CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ORMISTON B. FYFE v. HANTON REALTY CO., INC., a Domestic Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EUGENE NOLAN, SR., as Administrator, etc., v. YELLOW TAXI CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE TRAVELERS INSURANCE COMPANY v. GIZELLA BLOOM and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ETHEL R. RYSKIND v. MORRIE RYSKIND.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILIP SHULMAN, as Administrator, etc., of IRVING SHULMAN, Deceased, v. ROSETH CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BLANCHE ROSENTHAL v. SAMUEL G. ROSENTHAL.— Motion denied, with leave to apply at Special Term for an extension of the scope of the examination. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CORTLANDT FIELD BISHOP, Individually, etc., v. BEATRICE BEND BISHOP (Now BEATRICE BEND BERLE) and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

CORTLANDT FIELD BISHOP, Individually, etc., v. BEATRICE BEND BISHOP (Now BEATRICE BEND BERLE) and Others.— Motion denied, with ten dollars costs, Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

CORTLANDT FIELD BISHOP, Individually, etc., v. BEATRICE BEND BISHOP (Now